In the Matter of the Application of LEWIS ADELSON, Respondent, to Fix and Determine the Lien of EDWARD H. HAWKE, JR., Appellant, for Services Rendered to the Applicant in a Proceeding Heretofore Pending in this Court Entitled: "In the Matter of the Application of the City of New York Relative to Acquiring Title * * * for the Opening and Extending of a New Street Adjoining the Easterly Side of and Parallel with the Manhattan Approach of the Manhattan Bridge between Forsythe Street and East Broadway, and a New Street Adjoining the Westerly Side of and Parallel with the Manhattan Approach of the Manhattan Bridge between Bayard Street and East Broadway * * * in the Borough of Manhattan, City of New York."

Appeal from an order of the Special Term entered in the office of the clerk of the county of New York on the 20th day of April, 1912, fixing the lien of the appellant Hawke, an attorney.

PER CURIAM: The order appealed from is modified by adding to the amount allowed by the court to the attorney the sum of $112.50 for disbursements under each of the contracts of retainer specified in the moving papers. As so modified the order is affirmed, without costs. Present — Ingraham, P. J., Laughlin, Clarke, Miller and Dowling, JJ. (Laughlin, J., dissenting.) Order modified as directed in opinion and as modified affirmed, without costs. Order to be settled on notice.

———

In the Matter of THE CARNEGIE SAFE DEPOSIT COMPANY in Liquidation.

In the Matter of the Petition of the SUPERINTENDENT OF BANKS OF THE STATE OF NEW YORK in Support of an Application to Be Made For Leave to Declare and Pay a First Dividend to the Creditors of the Said Carnegie Safe Deposit Company, etc.

GEORGE C. VAN TUYL, JR., Superintendent of Banks of the State of New York, in Charge of the Carnegie Trust Company, in Liquidation, Appellant; BETHLEHEM STEEL COMPANY and Others, Respondents.

Appeal from an order entered in the office of the clerk of the county of New York on the 14th day of May, 1912, denying a motion for a preference.

PER CURIAM: The order appealed from is modified by striking from the last paragraph thereof the words "or upon any other claim," and as so modified affirmed, with ten dollars costs and disbursements to the respondents. Present — Ingraham, P. J., Laughlin, Clarke, Miller and Dowling, JJ. Order modified as directed in opinion, and as modified affirmed, with ten dollars costs and disbursements to respondents. Order to be settled on notice.